UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**KENYATTA DeSHAWN HILL,**

    Plaintiff,

                                                                 Civil No.**09-11977**
                                                               Hon. John Feikens

    v.

**INVESTAID CORP., et al,**

    Defendants.

_____/

**ORDER ACCEPTING AMENDED  MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The Court having reviewed the Amended Magistrate Judge's Report and  Recommendation, filed on 8/4/2009, and the Objections filed by Plaintiff on 8/14/2009;

**IT IS ORDERED** that the Report is accepted and entered as the findings and conclusions of this court.

                                                                 **s/John Feikens**
                                                                  John Feikens
                                                                  United States District Judge

Dated:  September 24, 2009

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on September 24, 2009.

s/Carol Cohron
Deputy Clerk

2